

# Chevalier, Ginn & Kruer, P.S.C.

*Attorneys and Counselors at Law*

Marianne S. Chevalier - Karen H. Ginn - James R. Kruer*

January 30, 2013

Director
Office of Exceptional Children
Kentucky Department of Education
500 Mero Street, 8th Floor
Frankfort, KY  40602

      RE:    Jessica Russo
                1326 Amsterdam Road
                Park Hills, Kentucky  41011
                DOB: 02/28/1992

Dear Director,

Please consider this letter as our request for a due process hearing regarding the education rights of Jessica Russo, a student living within the boundaries of the Kenton County School District. Jessica's parents have retained us as her attorneys for such purposes, and seek a due process proceeding in order to further protect her rights.

**Introductory Information**
Jessica is a twenty year old student living within the Kenton County School District. She attends Dixie Heights High School. She has attended Dixie Heights High School since the 2011-2012 school year.

On April 16, 2010, during her senior year of high school, Jessica was involved in a severe automobile accident resulting in, among other injuries, a traumatic injury to her brain. Such brain injury has rendered her disabled both cognitively and physically. In addition to needing specially designed instruction for basic learning, all of Jessica's motor planning skills have been affected, including expressive speech, fine and gross motor skills.

Jessica is served by an Individual Education Plan with a disability category of Traumatic Brain Injury and receives the related school based services of occupational therapy, physical therapy and speech therapy.

Jessica's parents have been awarded legal guardianship over Jessica by the Kenton County District Court.

2500 Chamber Center Drive - Suite 300 - Fort Mitchell - Kentucky - 41017
telephone 859-581-3030; facsimile 859-581-5444; www.lawcg.com
*licensed in Kentucky; *also licensed in Ohio*

**Events Leading to a Request for Hearing**
Jessica has made and continues to make great progress in her educational placement at Dixie Heights High School. While the school district has offered transitional services for Jessica, none of the proposed post-secondary placements are appropriate at this time based upon Jessica's unique needs.

The Kenton County School District has determined that Jessica will no longer qualify for her educational placement at Dixie Heights High School and such placement will terminate as of February 28, 2013 as she will turn twenty-one on that date. Jessica's parents wish for her to stay in her current educational placement.

**ISSUES FOR THE HEARING OFFICER:**

As a result of the above facts, a hearing officer is requested to determine:
1) That Jessica Russo should stay-put in her current educational placement at Dixie Heights High School during the pendency of this action;
2) That Jessica Russo should be deemed eligible to receive a free appropriate public education until at least her twenty-second birthday pursuant to 20 U.S.C. § 1412(a)(1)(A) and related case law;
3) That the termination of Jessica Russo's educational services is a denial of her right to a free appropriate public education pursuant to 707 KAR 1:290 and 20 U.S.C. § 1412; and
4) Whether or not the Kenton County School District has made appropriate placement decisions for Jessica Russo in accordance with 707 KAR 1:350.

**RELIEF SOUGHT:**

Jessica and her parents seek the following relief:

1) The assignment of a hearing officer;
2) An immediate determination that Jessica Russo must stay-put in her current educational placement at Dixie Heights High School during the pendency of this action;
3) An Order requiring the Kenton County School District to allow Jessica Russo to receive a free appropriate public education until at least her twenty-second birthday;
4) A finding that the termination of Jessica Russo's educational services prior to her twenty-second birthday is a denial of her right to a free appropriate public education;
5) An Order requiring the Kenton County School District to hereinafter make appropriate placement decisions for Jessica Russo in accordance with 707 KAR 1:350;
6) Attorneys fees for Jessica Russo's attorneys of record; and
7) All such other relief that the hearing officer may deem appropriate.

2

Thank you in advance for your cooperation in this matter.

Respectfully,

*/s/ Marianne S. Chevalier*            */s/ Karen H. Ginn*
Marianne S. Chevalier                      Karen H. Ginn
*Attorneys for Jessica Russo*