UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
ELECTRONICALLY FILED

J.R.                                                                                                    PLAINTIFF

VS             CASE NO.  2:13-CV-00109-DBL-JGW

TERRI COX-CRUEY,

TRACY MANN,

KAREN SNELLING,

KAREN COLLINS,

CARL WICKLUND,

BILL CULBERTSON,

TAMARA MIANO,

KENTON COUNTY BOARD OF EDUCATION,

TERRY HOLIDAY,

JOHNNY COLLETT,

AND

KENTUCKY DEPARTMENT OF EDUCATION                        DEFENDANTS

NOTICE OF APPEAL

Notice is hereby given that J.R. hereby appeals to the United States Court of Appeals for the Sixth Circuit from the MEMORANDUM OPINION & ORDER entered in this action on the 13th day of August, 2013.

Submitted by:

1

/s/ Marianne S. Chevalier
Marianne S. Chevalier


/s/ Karen H. Ginn
Karen H. Ginn

Chevalier, Ginn & Kruer, P.S.C.
2216 Dixie Highway, Suite 202
Ft. Mitchell, Kentucky 41011
Phone: (859) 581-3030
Fax: (859) 581-5444

Copies to:

All counsel of record
United States Court of Appeals for the Sixth Circuit