No. 13-6228

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

J.R.,   )
        )
    Plaintiff-Appellant,   )
        )
v.      )   O R D E R
        )
TERRI COX-CRUEY, Superintendent, Kenton   )
County Board of Education, et al.,   )
        )
    Defendants-Appellees.   )

FILED
Jan 17, 2014
DEBORAH S. HUNT, Clerk

Before: KEITH, NORRIS, and KETHLEDGE, Circuit Judges.

J.R. appeals the district court's order denying her motion for automatic preliminary injunctive relief under the Individuals with Disabilities Education Act 20 U.S.C. §§ 1400 *et seq*. The clerk directed J.R. to show cause why the appeal should not be dismissed as untimely. J.R. has not responded to the show cause order.

J.R. had thirty days from the entry of the district court's order in which to file a timely notice of appeal. Fed. R. App. P. 4(a)(1)(A). The district court's order was entered on August 13, 2013. J.R. filed her notice of appeal on September 13, 2013, one day after the thirty-day period expired. A plaintiff may apply to the district court for an extension of time in which to file a notice of appeal. Fed. R. App. P. 4(a)(5). Upon a finding of excusable neglect or good cause, a district court may extend the time to file the notice of appeal for a period not to "exceed 30 days after the prescribed time" in Rule 4(a)(1)(A).

Although J.R.'s notice of appeal was filed within the time for seeking an extension, the district court docket does not indicate that she applied for or received an extension of time to file her notice of appeal. A timely notice of appeal is a mandatory and jurisdictional prerequisite. *FHC Equities, LLC v. MBL Life Assurance Corp.*, 188 F.3d 678, 681 (6th Cir. 1999). In the absence of a timely filed notice of appeal, we lack jurisdiction over the appeal and it must be dismissed.

The appeal is **DISMISSED** for lack of jurisdiction.

ENTERED BY ORDER OF THE COURT

Clerk